UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:22-cr-118-TAV-JEM-1 |
| EDWARD KELLEY, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

This criminal case is before the Court on the parties' second Joint Motion to Continue the Trial Date [Doc. 51]. The parties jointly ask the Court to continue the trial, presently set for May 7, 2024, to August 13, 2024. The parties indicate that their plea negotiations have come to an impasse and a trial will be necessary, but the current trial date conflicts with scheduled responsibilities for both counsel, and the parties need additional time to prepare for trial. The parties state that defendant is aware of the requested continuance and understands that the period of time between the filing of the motion and the rescheduled trial will be fully excludable for speedy trial purposes.

Upon consideration of this motion, it appears to the Court that a failure to continue this case would likely result in a miscarriage of justice. § 3161(h)(7)(B)(i). Accordingly, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and defendant in a speedy trial. § 3161(h)(7)(A).

For good cause shown, and in light of the parties' agreement, the parties' joint motion [Doc. 51] is hereby **GRANTED**, and the trial of this case, previously scheduled for

May 7, 2024, is **CANCELLED** and is **RESCHEDULED** for **Tuesday, August 13, 2024, at 9:00 a.m.** The period of time between the filing of the parties' joint motion and the new trial date shall be fully excludable under the Speedy Trial Act. § 3161(h)(7)(A)–(B).

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>
UNITED STATES DISTRICT JUDGE