UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:22-cr-118 |
| v. ) | District Judge Varlan |
| ) | |
| EDWARD KELLEY ) | |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby requests that the proposed document and attachment in the above-referenced matter be sealed due to the nature of the material contained therein and because it identifies, and excerpts specific examples of material sought to be excluded pursuant to Fed. R. Evid. 401, 402, and 403.

Wherefore, the United States of America respectfully requests that the proposed document as to the above-referenced defendant be sealed with the exception that the United States Attorney's Office will provide a copy to counsel for the defendant.

Respectfully submitted this 4th day of November 2024.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: /s/ Kyle J. Wilson _____
Casey T. Arrowood
Kyle J. Wilson
Assistant United States Attorneys
TN BPR No. 038225
TN BPR No. 031844
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
Kyle.Wilson@usdoj.gov
Casey.Arrowood2@usdoj.gov