UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL
November 18, 2024

United States of America vs. Edward Kelley          Case No.          3:22-CR-118


PRESENT before the Honorable Thomas A. Varlan, United States District Judge

| <u>Julie Norwood</u> | <u>Kara Nagorny</u> |
|---|---|
| Courtroom Deputy | Court Reporter |
| <u>Casey Arrowood & Kyle Wilson</u> | <u>Mark Brown</u> |
| Asst. U.S. Attorney | Counsel for Defendant |

PROCEEDINGS:  Jury Trial

- Jurors present and sworn to answer questions
- 81 Jurors Present; 14 Jurors Seated; 34 Jurors Excused; 33 Jurors Not Used
- Jury Impaneled and sworn as follows: 27, 63, 92, 31, 90, 3, 58, 82, 73, 109, 79, 94, 99, 4
- Opening Statements
- Witnesses sworn
- Rule of sequestration invoked
- Introduction of evidence for USA begun
- Case continued to Tuesday, November 19, 2024 at 9:00 a.m. for further trial.

1:00 p.m.          TO          4:35 p.m.