UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL
November 19, 2024

United States of America vs. Edward Kelley     Case No.     3:22-CR-118

PRESENT before the Honorable Thomas A. Varlan, United States District Judge

| Julie Norwood | Kara Nagorny |
| --- | --- |
| Courtroom Deputy | Court Reporter |
| Casey Arrowood & Kyle Wilson | Mark Brown |
| Asst. U.S. Attorney | Counsel for Defendant |

PROCEEDINGS: Jury Trial Day 2

- Jury Impaneled and sworn as follows: 27, 63, 92, 31, 90, 3, 58, 82, 73, 109, 79, 94, 99, 4
- Witnesses sworn
- Rule of sequestration invoked
- Introduction of evidence for USA resumed and concluded
- Motion for judgment of acquittal under Rule 29 take under advisement
- Introduction of evidence for deft begun and concluded
- Renewed Motion for judgment of acquittal under Rule 29 taken under advisement
- Case continued to Wednesday, November 20, 2024 at 9:00 a.m. for closing statements.
- Charge Conference

9:00 a.m. to 12:10 p.m.
1:20 p.m. to 3:15 p.m.