# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |

| UNITED STATES OF AMERICA | **WITNESS LIST** |
|---|---|
| V. | |
| EDWARD KELLEY | Case Number: 3:22-CR-118 |

| PRESIDING JUDGE<br>Thomas A. Varlan | PLAINTIFF'S ATTORNEY<br>Casey Arrowood & Kyle Wilson | DEFENDANT'S ATTORNEY<br>Mark Brown |
|---|---|---|
| TRIAL DATE(S)<br>November 18-19, 2024 | COURT REPORTER<br>Kara Nagorny | COURTROOM DEPUTY<br>Julie Norwood |

| USA | DEF. | DATE OF TESTIMONY | WITNESSES |
|---|---|---|---|
| X | | 11/18/2024 | Christopher Roddy |
| X | | 11/19/2024 | Austin Carter |
| X | | 11/19/2024 | Icel Kuznetsova, FBI Physical Scientist |
| X | | 11/19/2024 | Pasquale Rinaldi, FBI Forensic Analyst |
| X | | 11/19/2024 | Richard Smith, FBI SA |
| X | | 11/19/2024 | Jessi Mann, FBI SA |
| | X | 11/19/2024 | Joel Feaster, Special Agent |