U.S. District Court Eastern District of Tennessee
Exhibit Log for: 3:22-CR-118
USA v Edward Kelley

| Exhibit | ID | Admitted | Description |
|---|---|---|---|
| Gov-1 | X | X | Signal Chats (BE PREPARED) |
| Gov-2 | X | X sealed | THE LIST |
| Gov-2-R |  | X | THE LIST redacted |
| Gov-3 | X | X | Christopher Roddy Thumb Drive |
| Gov-4 | X | X | Manila Envelope |
| Gov-5 | X | X | Signal Recorded Call 1 Dec 14 12_18 Austin Carter |
| Gov-6 | X | X | Signal Recorded Call 2 Dec 14 12_34 Edward Kelley |
| Gov-7 | X | X | Signal Recorded Call 3 Dec 14 12_51 Edward Kelley |
| Gov-8 | X | X | Signal Recorded Call 4 Dec 14 14_14 Edward Kelley |
| Gov-9 | X | X | Signal Recorded Call 5 Dec 14 15_44 Edward Kelley |
| Gov-10 | X | X | Signal Recorded Call 6 Dec 14 17_06 Austin Carter |
| Gov-11 | X | X | Signal Recorded Call 7 Dec 15 16_34 Edward Kelley |
| Gov-12 | X | X | Plea Agreement of Austin Carter |
| Gov-13 | X | X | Edward Kelley Weapons Found in Residence Search |
| Gov-14 | X | X | Edward Kelley To-Do List (Residence Search May 2022) |
| Gov-15 | X | X | Photo - FBI SA Richard Smith |
| Gov-17 | X | X | Edward Kelley Duffle Bag Bomb Material (Search May 2022) |
| Gov-18 | X | X | Edward Kelley Tannerite (Residence Search May 2022) |
| Gov-20 | X | X | Edward Kelley Phone (1B1) |
| Gov-21 | X | X | Calendar Entry |
| Gov-22 | X | X | Factory Data Reset Screen |
| Gov-23 | X | X | Books On Edward Kelley's Computer (Screenshot) |
| Gov-24 | X | X | FBI Edward Kelley Residence Search |
| Gov-25 | X | X  Sealed | Email Loretta Smith 09-27-2022 |
| Gov-25-R |  | X | Email Loretta Smith 09-27-2022-Redacted |
| Gov-26 | X | X | Edward Kelley Samsung Tablet |
| Gov-27 | X | X | Edward Kelley 2TB Hard Drive |
| Gov-29 | X | X | Edward Kelley Laptop |
| Gov-30 | X | X | Austin Carter Thumb Drive |
| Gov-31 | X | X | Dept of Army Technical Manual - Military Explosives |
| Gov-32 | X | X | Factory Data Reset Report |
| Gov-33 | X | X | Black Book Companion - State of the Art Improvised Munitions |
| Gov-34 | X | X | Edward Kelley Known Prints (P7-P9) |
| Gov-35 | X | X | Edward Kelley PRINT P7 |
| Gov-37 | X | X | Edward Kelley PRINT P8 |
| Gov-38 | X | X | Edward Kelley PRINT P9 |