UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:22-CR-118-TAV-JEM-1 |
| EDWARD KELLEY, | ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on movant William Taylor's Motion to Intervene [Doc. 104] and Motion for Relief [Doc. 105]. In his first motion [Doc. 104], movant asserts that he is a "crime victim" pursuant to the Crime Victims' Rights Act. *See* 18 U.S.C. § 3771. In his second motion, movant seeks injunctive relief to protect one of his enumerated rights pursuant to 18 U.S.C. § 3771(a) [Doc. 105]. Given the nature of movant's request and the upcoming sentencing date in this matter, the Court finds time is of the essence with respect to movant's motions and that expedited briefing is necessary.

Accordingly, defendant and the government are hereby **ORDERED** to file a response, if any, to movant's motions [Docs. 104, 105] no later than **Monday, April 7, 2025**. Should movant wish to file any reply to either/both response brief(s), he must file such reply no later than **Wednesday, April 9, 2025**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE