IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Docket No. 3:22-cr-00118-TAV-JEM |
| | ) JUDGE VARLAN |
| EDWARD KELLEY, | ) Magistrate Judge McCook |
| | ) |
| Defendant. | ) |

## DEFENDANT EDWARD KELLEY'S MOTION TO STRIKE UNITED STATES SENTENCING MEMORANDUM

COMES the Defendant Edward Kelley ("Kelley") by and through counsel and hereby moves this Court to strike from the record the United States Sentencing Memorandum (Doc. No. 127), or in the alternative order that the document be placed under seal.

In support of this Motion, Kelley submits that the Sentencing Memorandum contains scandalous and unsubstantiated, not to mention uncharged allegations that have no relevance to the defendant's sentencing.

The unsubstantiated and uncharged allegations referenced therein place Kelley in a false light and should not be part of the record in this case.

This is the 18th day of June 2025.

/s/ Mark E. Brown
Mark E. Brown (BPR #021851)
MENEFEE & BROWN, P.C.
2633 Kingston Pike, Ste. 100
Knoxville, Tennessee 37919
Phone: (865) 357-9800
Fax: (865) 357-9810
e-mail: mbrown@menefeebrown.com

*Attorney for the Defendant Edward Kelley*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June 2025 a true and exact copy of this document has been served via this Court's electronic filing system with service on all those appearing on this Court's electronic service certificate. All parties in interest may access this pleading via ECF.

/s/ Mark E. Brown
Mark E. Brown