

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case No. 3:22-CR-118     Date: July 2, 2025

United States of America     vs.     Edward Kelley

**PROCEEDINGS:** Sentencing Hearing. Defendant's Motion (doc. 132) Release Pending Appeal is denied. Defendant's Motion for Downward Departure or Variance (doc 129) is denied.

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| Julie Norwood | Terri Grandchamp | Tara Gray |
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

Casey Arrowood & Kyle Wilson                                    Mark Brown
**Asst. U.S. Attorney**                                         **Attorney for Defendant**


**JUDGMENT OF THE COURT:**
- **Life of Imprisonment**. This term consists of Life as to Count 1, 240 Months as to Count 2, and 120 Months as to Count 3, such terms to run concurrently for a net term of Life.
- Followed by **5 Years Supervised Release**.
- Special Assessment in the amount of $300.00. The Court finds that the defendant does not have the ability to pay a fine and therefore will waive the fine.
- The court recommends that the defendant be designated to either Beckley or McDowell.
- Defendant to remain in the custody of the United States Marshal pending designation.

10:00 a.m. to 11:45 a.m.
1:28 p.m. to 2:36 p.m.